UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CAROLE VUXTA,

                Plaintiff,

-vs-                                      Case No. 2:04-cv-557-FtM-33SPC

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

**ORDER**

This matter comes before the Court on the Plaintiff's Unopposed Motion for Extension of Time to File Motion for Attorney Fees Pursuant to 42 U.S.C 406(b) (Doc. #37) filed on April 15, 2010. The Plaintiff moves the Court for a thirty (30) day extension of the date of Award Notice to file a Motion for Attorneys Fees. Pursuant to Local Rule 3.01(g), opposing Counsel does not object to the relief requested. Having considered the motion, the Court finds good cause and will grant the extension of time. Accordingly, it is now

**ORDERED:**

The Plaintiff's Unopposed Motion for Extension of Time to File Motion fo Attorney Fees Pursuant to 42 U.S.C 406(b) (Doc. #37) is **GRANTED**. The Plaintiff shall have up to and including **May 17, 2010** to file the Motion for Attorney's Fees.

**DONE AND ORDERED** at Fort Myers, Florida, this   16th   day of April, 2010.

                                                                      SHERI POLSTER CHAPPELL
                                                                     UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record